FILED
COURT OF APPEALS
DIVISION II

2013 SEP 24 AM 9: 28

STATE OF WASHINGTON
BY_____
DEPUTY

# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| OAKRIDGE HOMES II, LTD., a Washington corporation,<br><br>                Appellant,<br><br>   v.<br><br>FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina banking association,<br><br>                Respondent. | No. 43030-4-II<br><br><br>ORDER AMENDING OPINION |

The unpublished opinion in this matter was filed on September 17, 2013. After review, the court amends the opinion as follows:

Page 2, line 1, the first full sentence is withdrawn and the following is substituted:

In September 2009, First-Citizens purchased a majority of Venture Bank's assets from the Federal Deposit Insurance Corporation.

IT IS SO ORDERED.

Dated this 24TH day of SEPTEMBER, 2013.

_____
BJØRGEN, J.